UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-56-BO

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| KYLE WILLIAM HARRIS | |

This matter came before the Court on an unopposed motion by the Office of the Federal Public Defender for return of property. For good cause shown, the motion is GRANTED.

The Onslow County Sheriff's Office is authorized and directed to return the US Cellular Samsung 5 cellular telephone seized on February 6, 2015, as part of the execution of a search warrant of defendant's residence, to Ms. Brandi Harris.

SO ORDERED.

This **13** day of February, 2017.

TERRENCE W. BOYLE
United States District Judge